UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TATIANA ANDREA VARGAS BULLA,

Defendant.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10-30-2023

<u>**ORDER**</u>

**S3 21 Cr. 359 (LAK)**

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on October 4, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that the defendant's sentencing shall be held on January 31, 2024 at 11:00 a.m.

Dated:      New York, New York
            _____10/30_____, 2023

                                    _____
                                    HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK