UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

vs.

Tatiana Andrea Vargas Bulla,

------------------------------x

21 Crim. 359-05 (LAK)

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The Court having today sentenced this defendant to TIME SERVED,

    IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Tatiana Andrea Vargas Bulla, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: January 31, 2024

/s/ Lewis A. Kaplan
United States District Judge